# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| LORRAINE GIBBS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 1999-0061 |
| v. ) | |
| ) | |
| CHARLES TURNBULL, individually and ) | |
| in his capacity as Governor of the Virgin ) | |
| Islands, and MARIO GOLDEN, individually ) | |
| and in his capacity as Acting Commissioner ) | |
| of Education and TERRENCE JOSEPH, ) | |
| individually and in his capacity as Insular ) | |
| Superintendent; and ANTONIO STEELE, ) | |
| individually and in his capacity as President ) | |
| of the St. Croix Education Administrators ) | |
| Association; ST. CROIX EDUCATIONAL ) | |
| ADMINISTRATORS as an affiliate of the ) | |
| American Federation of School ) | |
| Administrators; the VIRGIN ISLANDS, ) | |
| PUBLIC EMPLOYEES BOARD; and ) | |
| DOES 1 through 10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on a Motion in Limine To Exclude All Evidence of Lost Income filed by Defendants. Plaintiff has produced to Defendants her statements of earnings, W-2s, and receipts from the Internal Revenue Service for tax years 2000 through 2005. On April 4, 2008, Defendants received Plaintiff's 1040 income tax returns for 2006 and 2007. Although Plaintiff failed to produce her tax returns to Defendants in a timely fashion, the Court finds that Plaintiff was unable to do so because she was faced with numerous obstacles and delays in this case. The Court finds that Plaintiff did not act in bad faith in this matter. After

careful consideration and upon review of the briefs submitted by the parties, it is hereby,

**ORDERED** that Defendants' Motion in Limine To Exclude All Evidence of Lost Income is **DENIED** without prejudice. It is further

**ORDERED** that Plaintiff produce her 1040 income tax returns for tax years 1999 through 2005 to Defendants within ten (10) days of this Order.

**ENTERED this 24th day of July, 2008.**

                                                      /s/
                               **HONORABLE RAYMOND L. FINCH**
                               **U.S. DISTRICT JUDGE**

Case: 1:99-cv-00061-TJS Document #: 253 Filed: 07/24/08 Page 3 of 3

3